IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 22 CV 6129 |
| FURNISH 4 LESS, INC., | ) ) Judge John J. Tharp, Jr. |
| Defendant. | ) ) ) |

## DEFAULT JUDGMENT

Plaintiff STATE AUTOMOBILE INSURANCE COMPANY ("State Auto") having filed its complaint, Defendant FURNISH 4 LESS, INC. ("Furnish") having been duly served with a copy of the complaint and summons, Defendant Furnish having failed to plead or otherwise defend within the time prescribed by law, the Court having entered a default against Defendant Furnish on April 3, 2023 (ECF No.14), and for cause shown:

JUDGMENT IS HEREBY ENTERED against Defendant Furnish in accordance with prayer of the complaint in the above-styled action; and it is:

ORDERED, DECREED, AND ADJUDGED that:

A. State Auto has fully complied with the terms and conditions of the Policy, bearing Policy No. 10012508CB ("Policy"), pursuant to the Claim, bearing Claim No. PR-204482 ("Claim"), for a reported June 6, 2020 loss at the property located at 184 Town Center Road, Matteson, Illinois.

B. No coverage is afforded to the Claim due to Defendant Furnish's conduct of intentionally concealing and misrepresenting material facts concerning the covered property, the Claim, and its interest in the property.

C. State Auto owes no coverage to Defendant Furnish for its business personal property or business income loss.

D. Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201(a), judgment is entered in State Auto's favor on Count One of the Complaint and against Defendant Furnish.

E. Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201(a), judgment is entered in State Auto's favor on Count Two of the Complaint and against Defendant Furnish.

Date: May 15, 2023

John J. Tharp, Jr.
United States District Judge